**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia #1404
San Diego, CA 92129-1666
Telephone: (858) 299-5879
Fax: (619) 354-7281

Attorneys for Plaintiff
KYLE MIHOLICH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle Miholich, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE LAMPE COMPANY, LLC DOES,<br><br>Defendants. | Case No. 3:20-cv-0276 BEN-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1(A)(i) of the Federal Rules of Civil Procedure, plaintiff Kyle Miholich, through his undersigned counsel, hereby gives notice that the above captioned is voluntarily dismissed with prejudice as to plaintiff Kyle Miholich, and voluntarily dismissed without prejudice as to the putative class.

Dated:  April 23, 2020          MADAR LAW CORPORATION

                    By      *s/ Alex S. Madar*
                          ALEX S. MADAR
                          Attorneys for Plaintiff
                          Kyle Miholich
                          Email: alex@madarlaw.net